JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF HD SUPPLY CONSTRUCTION SUPPLY, LTD., a Limited Partnership dba HD SUPPLY WHITE CAP CONSTRUCTION formerly WHITE CAP CONSTRUCTION SUPPLY, INC. <br><br> Plaintiff, <br><br> v. <br><br> TOMMY ABBOTT & ASSOCIATES, INC.; TOMMY ABBOTT; WENDEL HARTMAN; EDMUND SCARBOROUGH, INDIVIDUAL SURETY, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. CV11-09195 JAK-(MANx) <br><br> Judgment & Order <br> [PROPOSED] ORDER GRANTING PLAINTIFF'S UNITED STATES FOR THE USE AND ABENEFIT OF HD SUPPLY CONSTRUCTION SUPPLY, LTD., A LIMITED PARTNERSHIP DBA HD SUPPLY WHITE CAP CONSTRUCTION FORMERLY WHITE CAP CONSTRUCTION, SUPPLY, INC., MOTION FOR JUDGMENT |

Order Granting Motion for Judgment

**IT IS HEREBY ORDERED** that pursuant to the Plaintiff, United States for the Use & Benefit of HD Supply Construction Supply, Ltd., a Limited Partnership dba HD Supply White Cap Construction formerly White Cap Construction Supply, Inc., Motion for Entry Judgment be granted, and the Court Orders as follows:

**IT IS HEREBY ORDERED THAT** The Motion for Default Judgment be granted;

**IT IS HEREBY FURTHER ORDERED THAT** Judgment be entered in favor of plaintiff United States for the Use & Benefit of HD Supply Construction Supply, Ltd., a Limited Partnership dba HD Supply White Cap Construction formerly White Cap Construction Supply, Inc., and against defendants Tommy Abbott & Associates, Inc., and Wendel Hartman, jointly and severally, for the principal amount of $66,094.10;

**IT IS HEREBY FURTHER ORDERED THAT** Judgment be entered in favor of plaintiff, United States for the Use & Benefit of HD Supply Construction Supply, Ltd., a Limited Partnership dba HD Supply White Cap Construction formerly White Cap Construction Supply, Inc., jointly and severally for interest of 1.5% per month on the amount of $104,811.29, up to and including June 28, 2012, or an amount equal to the sum of $13.101.41 that being the calculated interest from the date of last shipment to the date the Court was notified of the settlement with the Surety, Edmund Scarborough, Individual Surety;

**IT IS HEREBY FURTHER ORDERED THAT** Plaintiff, United States for the Use & Benefit of HD Supply Construction Supply, Ltd., a Limited

Order Granting Motion for Judgment
CV 11-09195 JAK (MANx)

Partnership dba HD Supply White Cap Construction formerly White Cap Construction Supply, Inc., be awarded attorneys fees pursuant to United Stated District Court, Central District of California L.R. 55-3 in the amount of $4,767.82, and costs in the amount of $350.00.

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that the total judgment entered in favor of Plaintiff, United States for the Use & Benefit of HD Supply Construction Supply, Ltd., a Limited Partnership dba HD Supply White Cap Construction formerly White Cap Construction Supply, Inc., is $84,313.33.

Date: 11/8/2012

By: _____
The Honorable John A. Kronstadt
United States District Court Judge
Central District California

Submitted by:

**CHRISTOPHER W. BAYUK**
Christopher W. Bayuk, Esq.
Bayuk & Associates, Inc.
1230 Columbia Street, Suite 510
San Diego, CA 92101
Telephone: (619) 232-7945
Facsimile: (619) 440-4639

Order Granting Motion for Judgment
CV 11-09195 JAK (MANx)